**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LAURA GARCIA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.** |
| | § | **JURY TRIAL** |
| **GOVERNMENT EMPLOYEES** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, GOVERNMENT EMPLOYEES INSURANCE COMPANY, Defendant in the above entitled and numbered cause, and files this its Notice of Removal of the present cause from the County Court at Law No. Six (6) of Hidalgo County, Texas, in which it is now pending, to the Southern District of Texas, McAllen Division, showing the Court as follows:

1. This cause was commenced in the County Court at Law No. Six (6) of Hidalgo County, Texas on June 9, 2017, when Plaintiff's Original Petition was filed in Cause Number CL-17-2452- F.

2. On September 27, 2017, Plaintiff Amended her Original Petition, incorrectly naming Geico Insurance Agency, Inc.

3. On October 19, 2017, Plaintiff filed her Second Amended Petition, correcting and naming Government Employee Insurance Company as the defendant, as attached hereto and incorporated herein for all purposes to this Notice of Removal.  Ex. A.

4. On October 31, 2017, Defendant Government Employees Insurance Company was served with a copy of Plaintiff's Second Amended Petition through its registered agent, Dan Beacon [*sic*]. A copy of the citation served on Defendant and copy of Plaintiff's

Second Amended Petition are attached hereto and incorporated herein for all purposes. Ex. A.

5.  This is a civil action for damages and injuries allegedly incurred by Plaintiff as a result of an underlying automobile accident that occurred on August 17, 2016, in McAllen, Hidalgo County, Texas between Plaintiff and Angelica Garcia. This lawsuit concerns whether the Plaintiff was covered for the alleged injuries and damages from this accident under her uninsured/underinsured policy.

6.  Plaintiff alleges in Plaintiff's Second Amended Petition that she is a resident of Hidalgo County, Texas. Plaintiff is therefore a citizen of Texas.

7.  Defendant Government Employees Insurance Company is a foreign corporation, incorporated in the State of Maryland, with its principle place of business in Maryland.

8.  Defendant is entitled to removal since there is complete diversity jurisdiction in this case under 28 U.S.C § 1332(a); the plaintiff is not a citizen of the same state in which the Defendant was either incorporated in or the state in which it has its principle place of business. *Safeco Ins. Cp. V. City of White House*, 36F.3d 540, 545 (6th Cir.1994); *Getty Oil Corp. v. Insurance Co. of N. Am.*; 841 F.2d 1254, 1258 (5th Cir. 1988); *In re First Nat'l Bank*; 70 F.3d 1184, 1188 (11th Cir. 1995); *Indiana Hi-Rail Corp v. Decatur Junction Ry*. 37F.3d 363,365 n.3 (7th Circ. 1994).

9.  For the purposes of federal removal jurisdiction pursuant to 28 U.S.C § 1441, complete diversity of citizenship existed at the time this lawsuit was filed and now exists between the adverse parties in the present cause.

10.  Defendant would show the court that based on Plaintiff's Second Amended Petition, Plaintiff is seeking monetary relief aggregating more than the federal jurisdictional amount (exclusive of prejudgment interest, costs, and additional damages under the

Texas Insurance Code).  Specifically, Plaintiff indicates her damages meet the state court's jurisdictional limits; she has approximately $59,000.00 in past medical expenses; incurred past and future medical expenses, pain and suffering, mental anguish, and loss of earning capacity.  Ex. A.   Plaintiff also indicates Plaintiff sought the policy limits of her underinsured policy in a letter dated January 27, 2017.  *Id.*  The underinsured policy limits are $100,000.00.  See Ex. B.

11.     Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioner to Plaintiff and her counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the County Court in which this cause was originally filed.

12.     This Notice of Removal is timely filed in accordance with 28 U.S.C § 1446(b), in that it is filed within (30) days of service of Plaintiff's Second Amended Petition on Defendant and within one year of the initial filing of the lawsuit.

13.     Defendant hereby requests a trial by jury,

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the County Court at Law No. Six of the Hidalgo County, Texas to this Honorable Court.

Respectfully submitted,

By:   */s/ Analisa Figueroa*
Analisa Figueroa
Texas Bar No. 24040897
USDC No. 38197
LAW OFFICE OF ANALISA FIGUEROA, PLLC
514 Paredes Ave., Suite H
Brownsville, Texas 78521
Telephone: (956) 621-0550
Facsimile:  (956) 621-1071
***Attorney in Charge for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Notice of Removal was served upon all counsel of record, to wit:

Everardo Abrego
Law Offices of Everardo Abrego
944 W. Nolana Ste. C
Pharr, Texas 78577

By:  */s/ Analisa Figueroa*
　　　　Analisa Figueroa

EXHIBIT A

*835399331010 1240*
*Rosemary mother*

Sam Fuentes-Civil Processor
**MID VALLEY CLAIMS**
5817 La Quinta Lane
Weslaco, Texas 78596

October 19, 2017
**VIA CMRR:**

Dan Beacom
2280 N. Greenville Ave.
Richardson, Texas 75082-4414

Dear Defendants:

You're hereby sued. Please forward the attached documents to your insurance carrier; otherwise, you will be in default and you will be <u>responsible for all the damages</u> arise of this suit.

- *Citation; and*
- *Plaintiff's Original Petition*

Please forward both documents to your vehicle's insurance carrier.

Estimado Demandado(a),

Usted ha sido demandado(a). Adjunto encontrara los docuemntes correspondientes:

- *Notification de la Demnda; y*
- *Copia de la Demanda*

Favor de proporcionar los documentos adjunto a su compañia de seguro. De lo contrario usted estar en incumplimento, y sera <u>totalmente responsible</u> de los daños que resulten de esta demanda.

Sincerely.
**MID VALLEY CLAIMS**
*Samuel Fuentes*
Civil Processor

Electronically Submitted
10/19/2017 3:07 PM
Hidalgo County Clerks Office
Accepted by: Valerie Ortega

**CAUSE NO. CL-17-2452-F**

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:   GOVERNMENT EMPLOYEE INSURANCE, CO
      BY SERVING ITS REGISTERED AGENT
      DAN BEACON
      2280 N GREENVILLE AVE
      RICHARDSON, TX 75082-4414

GREETINGS: YOU ARE HEREBY COMMANDED TO APPEAR by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #6 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 19th day of October, 2017 in this Cause Numbered CL-17-2452-F on the docket of said Court, and styled,

**LAURA GARCIA**
vs.
**GOVERNMENT EMPLOYEE INSURANCE, CO**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's SECOND AMENDED petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
      EVERARDO ABREGO
      944 WEST NOLANA, SUITE C
      PHARR, TX 78577

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 19th day of October, 2017.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #6

BY _____ DEPUTY
      VALERIE ORTEGA

Electronically Submitted
10/19/2017 3:07 PM
Hidalgo County Clerks Office
Accepted by: Valerie Ortega

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____         By: _____
        CIVIL PROCESS SERVER                              DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**

Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By; _____         By: _____
        CIVIL PROCESS SERVER                              DEPUTY SHERIFF/CONSTABLE

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF,
## CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____ County, state of Texas, on the ____ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

Electronically Submitted
10/19/2017 11:19 AM
Hidalgo County Clerks Office
Accepted by: Valerie Ortega

## NO. CL-17-2452-F

| | | |
|---|---|---|
| **LAURA GARCIA**<br>**Plaintiff,** | § <br> § <br> § | **IN THE COUNTY COURT AT LAW** |
| **V.** | § <br> § <br> § | **NO. 6** |
| **GOVERNMENT EMPLOYEE**<br>**INSURANCE CO.**<br>**Defendant.** | § <br> § | **HIDALGO COUNTY, TEXAS** |

### PLAINTIFF'S SECOND AMENDED PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, Laura Garcia, hereinafter called Plaintiff, complaining of and about GOVERNMENT EMPLOYEE INSURANCE CO., hereinafter called Defendant; and would show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.    Plaintiff, Laura Garcia, is an Individual

3.    Defendant GOVERNMENT EMPLOYEE INSURANCE CO., a Limited Liability Company based in Texas, may be served with process by serving the registered agent of said company, Dan Beacom 2280 N. Greenville Ave., Richardson, Texas 75082-4414, per certified mail **JURISDICTION AND VENUE**

4.    The subject matter in controversy is within the jurisdictional limits of this court.

5.    This court has jurisdiction over the parties because Defendant is a Texas resident.

6.    Venue in Hidalgo County is proper in this cause under Section 1952.110(1) of the Texas Insurance Code because a policyholder or beneficiary under the insurance policy sued

Electronically Submitted
10/19/2017 11:19 AM
Hidalgo County Clerks Office
Accepted by: Valerie Ortega

hereupon resided in said county at the time of the accident.

## I.  FACTS

7.    On or about August 17, 2016 in McAllen, Texas, a motor vehicle accident involving Plaintiff and Angelica Garcia occurred as follows:  Plaintiff was traveling southbound on Jackson Rd. when, without warning, she was rear-ended by another vehicle.

8.    As a direct and proximate cause of the accident, Plaintiff, Laura Garcia, sustained injuries.

## II. CLAIM FOR UNDERINSURED BENEFITS

9.    On August 17, 2016, the date of the accident, Laura Garcia was covered by insurance issued by Defendant, policy number 4139-2703-69, issued for Laura Garcia.  This policy included coverage for underinsured motorists.  Plaintiff, Laura Garcia, is a valid "covered person" under this policy as the insured.

10.    Defendant was timely informed of the accident and that Plaintiff intended to claim under underinsured benefits in a letter dated January 27, 2017.

11.    Plaintiff sought recovery for injuries sustained from Angelica Garcia.  Any recovery was insufficient to compensate Plaintiff.  The policy limits of Angelica Garcia are less than the limit of liability stated in the underinsured coverage of the policy of Laura Garcia. Plaintiff sought recovery for injuries sustained from Angelica Garcia.  Any recovery was insufficient to compensate Plaintiff.  (The policy limits of Angelica Garcia are [OR] The amount of Angelica Garcia's coverage has been reduced by payment of claims arising from this accident to an amount less than the limit of liability stated in the underinsured coverage of the policy of Laura Garcia."  Plaintiff hereby seeks recovery for injuries under underinsured coverage. Plaintiff hereby seeks recovery for injuries under underinsured coverage.

Electronically Submitted
10/19/2017 11:19 AM
Hidalgo County Clerks Office
Accepted by: Valerie Ortega

## III.   DAMAGES FOR PLAINTIFF, LAURA GARCIA

12.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Laura Garcia was caused to suffer substantial bodily injury and approximately $ 59,000 in medical expenses.

13.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Laura Garcia has incurred the following:

A.     Reasonable medical care and expenses in the past.   These expenses were incurred by Plaintiff, Laura Garcia for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Hidalgo County, Texas;

B.     Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.     Physical pain and suffering in the past;

D.     Physical pain and suffering in the future;

E.     Loss of earnings in the past;

F.     Loss of earning capacity which will, in all probability, be incurred in the future;

G.     Mental anguish in the past; and

H.     Mental anguish in the future.

Electronically Submitted
10/19/2017 11:19 AM
Hidalgo County Clerks Office
Accepted by: Valerie Ortega

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Laura Garcia, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By:_____
Everardo Abrego
Texas Bar No. 00828200
944 W. Nolana Ste C
Pharr, TX   78577
Tel. (956)702-4422
Fax. (956)702-1676
Attorney for Plaintiff
Laura Garcia

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

EXHIBIT B



**Tel:** 1-800-841-3000

geico.com

# Declarations Page

This is a description of your coverage.
Please retain for your records.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**
P.O. Box 509090
San Diego, CA 92150-9090

## Policy Number: 4139-27-03-69
## Coverage Period:
02-22-16 through 08-22-16
12:01 a.m. local time at the address of the named insured.

Date Issued: April 8, 2016

Endorsement Effective: 04-08-16

XAVIER J GARCIA AND MARIA I
 GARCIA
1112 W 5TH ST
WESLACO TX  78596-5718

Email Address: jgarcia68@rgv.rr.com

---

| **Named Insured** | **Additional Driver** |
|---|---|
| Xavier J Garcia | Laura A Garcia |
| Maria I Garcia | |

---

| **Vehicles** | | **VIN** | **Vehicle Location** | **Finance Company/ Lienholder** |
|---|---|---|---|---|
| 1 2008 Ford | Escape XLS | 1FMCU02Z38KC45089 | Weslaco TX 78596 | Security First Fcu |
| 2 2000 Ford | Expdtn XLT | 1FMRU1561YLB61011 | Weslaco TX 78596 | |
| 3 2009 Nissan | Altima | 1N4AL21E99N520575 | Weslaco TX 78596 | |

---

| **Coverages\*** | **Limits and/or Deductibles** | **Vehicle 1** | **Vehicle 2** | **Vehicle 3** |
|---|---|---|---|---|
| Bodily Injury Liability | | | | |
| Each Person/Each Occurrence | $100,000/$300,000 | | | |
| Property Damage Liability | $50,000 | | | |
| Personal Injury Protection | $2,500 | | | |
| Uninsured Motorists Bodily Injury | | | | |
| Each Person/Each Occurrence | $100,000/$300,000 | | | |
| Uninsured Motorists Property Damage | $25,000 | | | |
| $250 Deductible | | | | |
| Comprehensive | $500 Ded | | | |
| Collision | $500 Ded | | | |
| Rental Reimbursement | $25 Per Day | | | |
| | $750 Max | | | |

**Six Month Premium Per Vehicle**

**Total Six Month Premium**

\*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

---

TIER K

Continued on Back

**Policy Change** Page 3 of 6

*x00001413927036942014002961*

**Discounts**

**The total value of your discounts is**

Multi-Car  (All Vehicles)...........................................................................................................

Anti-Lock Brakes  (Veh 1, 3).....................................................................................................

Anti-Theft Device  (Veh 1, 3)...................................................................................................

5 Year Good Driving  (All Vehicles)...........................................................................................

Passive Restraint/Air Bag  (All Vehicles)..................................................................................

---

**Contract Type:** A30TX

**Contract Amendments:** ALL VEHICLES - A30TX A54TX A54TXA M700RS8 M700TX1

**Unit Endorsements:**    A431TX (VEH 1,3); UE316X (VEH 1)

---

### Important Policy Information

-Congratulations! You have earned the free Accident Forgiveness benefit. That means we will waive the surcharge associated with the first at-fault accident caused by an eligible driver on your policy.

-Please review the front and/or back of this page for your coverage and discount information.

-NOTICE: The Automobile Burglary and Theft Prevention Authority Fee is payable in addition to the premium due under this policy. This fee partially or completely reimburses the insurer, as permitted by 28 TAC subsection 5.205, for the $2.00 fee per motor vehicle year required to be paid to the Automobile Burglary and Theft Prevention Authority under Vernon's Annotated Revised Civil Statutes of the State of Texas, Article 4413(37), subsection 10, which was effective on June 6,1991, and revised effective September 1,2011.

-No coverage is provided in Mexico.

-Reminder - Physical damage coverage will not cover loss for custom options on an owned automobile, including equipment, furnishings or finishings including paint, if the existence of those options has not been previously reported to us. This reminder does NOT apply in VIRGINIA and NORTH CAROLINA. Please call us at 1-800-841-3000 or visit us at geico.com if you have any questions.

-Claims incurred while an insured vehicle is being used to carry passengers for hire may not be covered by this contract. Please review the contract for a full list of exclusions and contact us if you plan to use any of your insured vehicles for this purpose. If you are using  any vehicles for ridesharing via an online application, please contact our Commercial Department at 1-866-509-9444.

-Coverages and/or limits were deleted as you requested or due to state requirements.

---

## VERIFICATION

THE STATE OF TEXAS    §
                      §
COUNTY OF CAMERON      §

     BEFORE ME, the undersigned authority, on this day personally appeared **ANALISA FIGUEROA** who being by me duly sworn, on her oath deposed as follows:

1. I am the attorney for Government Employees Insurance Company, Defendant in the above referenced case.

2. I am fully authorized and competent to make this Affidavit.

3. I am familiar with the contents of the above, and to the best of my knowledge the factual statements set out in the foregoing Notice of Removal are true and correct.

_____
Analisa Figueroa

     SUBSCRIBED AND SWORN TO BEFORE ME on the 16th day of November 2017, to certify which witness my hand and official seal.

_____
Notary Public - State of Texas

DELIA BEATRICE DE ANDA
Notary Public, State of Texas
My Commission Expires
July 23, 2019

iDocket.com

**Your gateway to court case information**

| Search | Case History | Parties | Attorneys | | Home | Log Out |

**[All]** | Motions | Orders | Answers / Citations | Other Documents / Actions | Costs | Payments | Ledger

Check out our new affordable subscription plans at

**iDocket.com**

View Case Track ™ ———————————— Start Case Track ™

Civil Docket; Case CL-17-2452-F 3533410; Injury or Damage - Motor Vehicle (OCA)
LAURA GARCIA vs GOVERNMENT EMPLOYEE INSURANCE, CO
Filed 06/09/2017 - Disposition:
County Court at Law #6, County Clerk, Hidalgo County, Texas

Help

View Document Images

| Date | Description/Comments | Reference | Typ | Amount |
|------|----------------------|-----------|-----|--------|
| 06/09/2017 | Original Petition (OCA) Plaintiff's Original Petition | | " | .00 |
| 06/13/2017 | Citation Issued GEICO INSURANCE COMPANY (sent via emai l) | | " | .00 |
| 08/07/2017 | Motion Moion for Default | | " | .00 |
| 08/07/2017 | Order Filed Order setting Default | | " | .00 |
| 08/07/2017 | Order Filed Order Granting | | " | .00 |
| 08/07/2017 | Order Filed OSH ON DJ | | " | .00 |
| 09/27/2017 | First Amended PLAINTIFFS FIRST AMENDED PETITION | | " | .00 |
| 09/28/2017 | Citation Issued CITATION ISSUED TO GEICO INSURANCE AGE NCY | | " | .00 |
| 10/16/2017 | Service Returned - Served Geico Insurance Company (CT Corp) | | " | .00 |
| 10/19/2017 | Amended 2nd Amended Petition | | " | .00 |
| 10/19/2017 | Citation Issued GOVERNMENT EMPLOYEE INSURANCE CO | | " | .00 |
| 11/13/2017 | Answer Government Employees Insurance Company 's Original Answer to Plaintiff's Seco nd Amended Petition | | " | .00 |

Search | Case History | Parties | Attorneys                                    [ Return to Top ]
All | Motions | Orders | Answers / Citations | Other Documents / Actions | Costs | Payments | Ledger

© 1999 Solutions, Inc. All rights reserved.
Unauthorized access is prohibited. Usage will be monitored.
Agreements

Viewed as of: **November 16, 2017, time: 14:11:54**

Electronically Submitted
11/13/2017 3:54 PM
Hidalgo County Clerks Office
Accepted by: Valerie Ortega

CAUSE NO.: CL-17-2452-F

| | | |
|---|---|---|
| LAURA GARCIA | § | IN THE COUNTY COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | |
| | § | AT LAW NO. 6 |
| GOVERNMENT EMPLOYEES | § | |
| INSURANCE COMPANY | § | |
| DEFENDANT | § | HIDALGO COUNTY, TEXAS |

## GOVERNMENT EMPLOYEES INSURANCE COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S SECOND AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY (hereinafter GEICO) and files its Original Answer to the Plaintiff's Second Amended Petition and shows unto the Court the following:

## I.
## GENERAL DENIAL

By way of original answer, should the same be necessary, Defendant denies each and every, all and singular allegations set forth in Plaintiff's Second Amended Petition, and without waiving its right to file other and further pleadings, motions and discovery, demand that Plaintiff be held to the most strict requirements of proof and that Defendant be released with costs, and without delay, and for such other and further relief, both at law and in equity, to which Defendant may show itself to be justly entitled.

## II.
## NOTICE

Pursuant to Texas Rules of Civil Procedure 193.7, this will serve as formal written notice of Defendant's intent to use any and all documents at trial that have been produced in response to any formal written discovery request, as well as any documents created and/or produced by Plaintiff from any source and provided to Defendant.

Electronically Submitted
11/13/2017 3:54 PM
Hidalgo County Clerks Office
Accepted by: Valerie Ortega

**THEREFORE,** Defendant, GEICO respectfully requests that upon trial of this matter, judgment be entered that Plaintiff take nothing and that Defendant be discharged with costs incurred and for such other and further relief to which Defendant may show itself justly entitled.

Respectfully submitted,

**Law Office of Analisa Figueroa, PLLC**
103 E. Price Road, Suite B
Brownsville, Texas 78521
Telephone: (956) 621-0550
Facsimile: (956) 621-1071
Email:  analisa@afigueroalaw.com

By:*/s/Analisa Figueroa*
      **Analisa Figueroa**
      State Bar No. 24040897
      **Attorney for Defendant GEICO**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of November 2017, a true and correct copy of the foregoing instrument was sent to all counsel of record electronically, by hand delivery, certified mail, or facsimile, pursuant to the Texas Rules of Civil Procedure.

Everardo Abrego
Law Offices of Everardo Abrego
944 W. Nolana Ste. C
Pharr, Texas 78577

*/s/ Analisa Figueroa*
Analisa Figueroa

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LAURA GARCIA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.** |
| | § | **JURY TRIAL** |
| **GOVERNMENT EMPLOYEES** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

## NOTICE TO THE PLAINTFF OF FILING NOTICE OF REMOVAL

TO:   LAURA GARCIA
      Plaintiff and her attorney:


      Everardo Abrego
      Law Offices of Everardo Abrego
      944 W. Nolana Ste. C
      Pharr, Texas 78577


PURSUANT to Title 28 U.S. C., Section 1446(d), as amended, you are hereby notified that on the  16th day of <u>November</u>, 2017, in the above styled and numbered cause (being Cause Number CL-17-2452-F in the County Court at Law No, 6 of Hidalgo County, Texas). Government Employees Insurance Company (GEICO) filed its Notice of Removal in the United States District Court for the Southern District of Texas, McAllen Division. Copies of such Notice and other papers so filed are attached hereto.


                              Respectfully submitted,

                    By:   */s/ Analisa Figueroa*
                              Analisa Figueroa
                              Texas Bar No. 24040897
                              USDC No. 38197
                              LAW OFFICE OF ANALISA FIGUEROA, PLLC
                              514 Paredes Ave., Suite H
                              Brownsville, Texas 78521

Telephone: (956) 621-0550
Facsimile:  (956) 621-1071
***Attorney in Charge for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Notice of Removal was served upon all counsel of record, to wit:

Everardo Abrego
Law Offices of Everardo Abrego
944 W. Nolana Ste. C
Pharr, Texas 78577

By:   */s/ Analisa Figueroa*
        Analisa Figueroa

CAUSE NO.: CL-17-2452-F

| | | |
|---|---|---|
| LAURA GARCIA | § | IN THE COUNTY COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | AT LAW NO. 6 |
| | § | |
| GOVERNMENT EMPLOYEES | § | |
| INSURANCE COMPANY | § | |
| DEFENDANT | § | HIDALGO COUNTY, TEXAS |

---

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

---

TO:   Arturo Guajardo, Jr., Hidalgo County Clerk, 100 N. Closner - 1st Floor
      Edinburg, TX 78539.

Pursuant to 28 U.S.C. §1446(d), you are hereby given notice that on November 16, 2017, Defendant Government Employees Insurance Company ("GEICO"), filed the attached notice of removal in the United States District Court for the Southern District of Texas, McAllen Division. A copy of that Notice is attached hereto and incorporated herein for all purposes. An executed, file-stamped copy is provided. This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

**Law Office of Analisa Figueroa, PLLC**
514 Paredes Ave., Suite H
Brownsville, Texas 78521
Telephone: (956) 621-0550
Facsimile: (956) 621-1071
Email:  analisa@afigueroalaw.com


By: */s/Analisa Figueroa*
    **Analisa Figueroa**
    State Bar No. 24040897
    **Attorney for Defendant GEICO**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager in compliance with TRCP 21a on this the **16**[th] day of **November 2017**, to:

Everardo Abrego
Law Offices of Everardo Abrego
944 W. Nolana Ste. C
Pharr, Texas 78577

/s/ Analisa Figueroa
Analisa Figueroa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LAURA GARCIA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.** |
| | § | **JURY TRIAL** |
| **GOVERNMENT EMPLOYEES** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

---

## INDEX OF ATTORNEYS

---

1. Everardo Abrego
   State Bar No.: 00828200
   LAW OFFICES OF EVERARDO ABREGO
   944 W. Nolana Ste. C
   Pharr, Texas 78577
   Telephone: (956) 702-4422
   Facsimile: (956) 702-1676
   ATTORNEY FOR PLAINTIFF

2. Analisa Figueroa
   Texas Bar No. 24040897
   USDC No. 38197
   LAW OFFICE OF ANALISA FIGUEROA, PLLC
   514 Paredes Ave., Suite H
   Brownsville, Texas 78521
   Telephone: (956) 621-0550
   Facsimile:  (956) 621-1071
   ATTORNEY FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LAURA GARCIA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.** |
| | § | **JURY TRIAL** |
| **GOVERNMENT EMPLOYEES** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

**INDEX OF DOCUMENTS FILED**

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

   a. State Court's Docket Sheet
   b. Plaintiff's Second Amended Petition
   c. Citation served on Government Employees Insurance Company
   d. Government Employees Insurance Company's Original Answer

3. Notice to Plaintiff of Filing Notice of Removal

4. Notice to County Clerk of Filing Notice of Removal

5. Index of Attorneys

6. Index of Documents Filed

7. Order for Conference and Disclosure of Interested Parties

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LAURA GARCIA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.** |
| | § | **JURY TRIAL** |
| **GOVERNMENT EMPLOYEES** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

---

## ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

---

1. Counsel shall appear for an initial pretrial and scheduling conference before

   U.S. Judge _____
   on _____, 2017, at _____ o' clock _____.m.
   at the United States District Courthouse
   McAllen, Texas
   (conference may be held telephonically if requested)

2. Counsel shall prepare and file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If group can be specified by general description, individual listing is not necessary. Underline the name of each corporations whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during pending of this litigation, then each counsel shall promptly file and amended certificate with the clerk.

3. Fed.R.Civ.P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

4. After the parties meet as required by the Fed.R.Civ.P. 26(f), counsel hall prepare and file not later than 10 days before the conference, a joint report of meeting and joint discovery/case management plan containing the information required on the attached form.

5. The Court will enter a scheduling order and may rule on any pending motions at the conference.

---

6.    Counsel who file(s) or remove(s) an action ***is responsible for providing the other parties with a copy of this order and in*** addition must serve a copy of this order with a summons and complaint or with the notice of removal.

7.    Attendance by an attorney who has authority to bind the party is required at the conference.

8.    Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the Court of the results of their discussions.

9.    A person litigating _pro se_ is bound by the requirements imposed upon counsel in this Order.

10.   Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

By Order of the Court